■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM FIGUEROA, Appellant. [976 NYS2d 889]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 27, 1995 (*People v Figueroa*, 213 AD2d 669 [1995]), affirming a judgment of the Supreme Court, Kings County, rendered March 13, 1991, an amended judgment of the same court rendered March 13, 1991, and an order of the same court dated January 27, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Lott, Sgroi and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN FLOYD, Appellant. [976 NYS2d 894]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Rienzi, J.), imposed February 25, 2011, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of the right to appeal was invalid (*see People v Lopez*, 6 NY3d 248, 257 [2006]; *People v Jones*, 106 AD3d 1106 [2013]; *People v Sommerville*, 104 AD3d 880 [2013]; *People v McHugh*, 101 AD3d 754 [2012]; *People v Badru*, 98 AD3d 1132 [2012]; *cf. People v Tyrell*, 22 NY3d 359 [2013]) and, thus, does not preclude review of his excessive sentence claim. However, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Angiolillo, Balkin and Hall, JJ., concur.